# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHANDRA LYONS
ADC #704518                                                                                      PLAINTIFF

V.                            CASE NO. 1:15-CV-53-BSM-BD

B. WILLIAMS, et al.                                                                           DEFENDANTS

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Chief United States District Judge Brian S. Miller.  Any party may file written objections to this Recommendation.  If objections are filed, they must be specific and must include the factual or legal basis for your objection.  Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion:**

Chandra Lyons, an Arkansas Department of Correction ("ADC") inmate, filed this lawsuit pro se under 42 U.S.C. § 1983.  Because of her litigation history, Ms. Lyons cannot proceed *in forma pauperis* in federal court absent an allegation that she is in

imminent danger of serious physical injury.[1]  28 U.S.C. § 1915(g).  Here, Ms. Lyons did not plead sufficient facts to allege imminent danger of serious injury.  Accordingly, the Court instructed her to pay the $400 filing fee within thirty days.  She was warned that her claims could be dismissed if she did not pay the statutory filing fee as ordered.  (#2)  As of this date, Ms. Lyons has not complied with the Court's April 28, 2015 Order.

**III.    Conclusion:**

The Court recommends that Ms. Lyon's claims be DISMISSED, without prejudice, based on her failure to comply with the Court's April 28, 2015 Order.

DATED this 1st day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] See *Lyons v. McDonald*, 5:96-cv-369-GH; *Lyons v. Anderson*, 5:96-cv-463-SWW; *Lyons v. Thompson*, 5:96-cv-547 SMR.