# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHANDRA LYONS**  **PLAINTIFF**
**ADC #704518**

v.   CASE NO. 1:15CV00053 BSM

**B. WILLIAMS et al.**  **DEFENDANTS**

## ORDER

The recommended disposition ("recommendation") filed by United States Magistrate Judge Beth Deere has been reviewed. No objections has been filed. After careful consideration, the recommendation is hereby adopted in all respects.

IT IS THEREFORE ORDERED that Chandra Lyons's claims are dismissed without prejudice.

IT IS SO ORDERED this 19th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE